IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUGENE E. WELCH,     No. C 12-6170 WHA (PR)

        Plaintiff,     **ORDER OF DISMISSAL**

  v.

WILLIAM KNIPP,

        Defendant.

          This civil rights case was opened on December 5, 2012, based upon a letter Plaintiff wrote to Judge Thelton Henderson complaining about conditions at Mule Creek State Prison, where plaintiff was incarcerated. He was ordered to file a complaint and either pay the filing fee or file a completed application for leave to proceed in forma pauperis ("IFP") within thirty days, and he was sent the appropriate forms at the address he provided to the court. On January 2, 2013, the forms and notices were returned by the postal service as undeliverable because the address was incorrect. Plaintiff has not notified the clerk of any change of address. As more than sixty days have passed since the mail was returned, the case is **DISMISSED** without prejudice. *See* Local R. 3-11(b); Fed. R. Civ. P. 41.

          The clerk shall enter judgment and close the file.

          **IT IS SO ORDERED.**

Dated: April __17__, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\WELCH6170.311-DSM.wpd